**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Jerry Steven Hartley**

    **Lisa Suzanne Hartley**

Case No.: **17−65843−wlh**
Chapter:  **7**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on September 7, 2017. The amount needed to pay the filing fee in full is **$335.00.** Accordingly,

**IT IS ORDERED** that by September 15, 2017, the Debtor(s) shall

   pay the fee in full, the balance due being $335.00

**OR**

   file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $75.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $75.00 and must accompany the Application that is due by September 15, 2017

**OR**

   file an Application for the waiver of the filing fee, if applicable. **Specific conditions apply.** If you cannot afford to pay the fee either in full at the time of filing or in installments, you may request a waiver of the filing fee by completing an application and filing with the Clerk of Court. A judge will decide whether you have to pay the fee. By law the judge may waive the fee <u>only</u> if your income is less than 150 percent of the official poverty line applicable to your family size <u>and</u> you are unable to pay the fee in installments. You may obtain information about the poverty guidelines at www.uscourts.gov or in the bankruptcy clerk's office.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

Failure of the debtor to take the appropriate action by September 15, 2017 will result in dismissal of this case without further notice or opportunity for hearing.

**SO ORDERED,** on September 8, 2017 .

*Wendy L. Hagenau*
Wendy L. Hagenau
United States Bankruptcy Judge

Form 436 Order Regarding Unpaid Filing Fees. – (Revised June, 2015)